IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL ACTION NO. 4:05CR95

KEVIN MATTHEWS

**ORDER**

This cause is before the Court on defendant Matthews' Motion for Joinder in Motion for Intra-District Transfer [727]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Matthews' Motion for Joinder in Motion for Intra-District Transfer [727] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 19th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE